UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Linda Vantress,
    Plaintiff(s),

v.      Case No. 1:16cv239
    ( J. Beckwith ; Litkovitz M.J.)

Alkermes, Inc.,
    Defendant(s).

## CIVIL MINUTES
### STATUS CONFERENCE (via telephone)

**HONORABLE KAREN L. LITKOVITZ, U.S. MAGISTRATE JUDGE**

**COURTROOM DEPUTY:** Arthur Hill
**LAW CLERK:** Laura Ahern
**COURT REPORTER:** none present
**DATE:** September 20, 2016      **TIME:** 3:30 pm

Attorney for Plaintiff(s): Lucas Wilder

Attorney for Defendant(s): Chad Kaldor

**PROCEDURES**

[X] Counsel Present.

[ ] Order to issue.

Remarks: Matters discussed. Counsel directed to contact this Court if parties seek further assistance from the Court in attempts to resolve this matter between the parties.