IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **LINDA VANTRESS,** | : | |
| | : | |
| Plaintiff, | : | Case No. 1:16-cv-239 |
| | : | |
| v. | : | Judge Sandra S. Beckwith |
| | : | |
| **ALKERMES, INC.,** | : | Magistrate Judge Karen L. Litkovitz |
| | : | |
| Defendant. | : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Linda Vantress and Defendant Alkermes, Inc., through their undersigned counsel, hereby stipulate to the dismissal of the above-captioned matter, with prejudice.  Each Party is to bear her or its own fees and costs.

Respectfully submitted,

| | |
|---|---|
| /s/ Lucas Wilder | /s/ Chad J. Kaldor |
| *per email authorization (12.21.16)* | Chad J. Kaldor  (#0079957) |
| Lucas Wilder (#0074057) | LITTLER MENDELSON, P.C. |
| Law Office of Lucas Wilder | 21 East State Street, 16th Floor |
| 120 West Second Street, Suite 400 | Columbus, OH  43215 |
| Dayton, Ohio 45402 | Telephone:   614.463.4220 |
| Telephone:   937.232.6250 | Facsimile:    614.573.7972 |
| Facsimile:    937.222.8044 | E-mail:         ckaldor@littler.com |
| E-mail:         Lucaswilder44@gmail.com | |
| | *Attorney for Defendant* |
| *Attorney for Plaintiff* | |

## CERTIFICATE OF SERVICE

I hereby certify that, on this 21st day of December, 2016, a copy of the foregoing *Stipulation of Dismissal with Prejudice* was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Chad J. Kaldor*
Chad J. Kaldor

Firmwide:144605506.1 049234.1019
12/21/16